# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| OJ COMMERCE, LLC, | **No. 25-11765** |
| *Plaintiff-Appellant,* | |
| v. | **APPELLANT'S CONSENT MOTION FOR EXTENSION ON REPLY** |
| NATIONAL CHRISTMAS PRODUCTS, LLC d/b/a NATIONAL TREE COMPANY, NATIONAL CHRISTMAS PRODUCTS INC. d/b/a NATIONAL TREE COMPANY, NATIONAL TREE INTERMEDIARY, LLC, NATIONAL TREE HOLDING, LLC, JOSEPH A PULEO, SALVATORE PULEO, JR., and RICHARD PULEO, | |
| *Defendants-Appellees.* | |

Pursuant to Fed. R. App. P. 26(b) and 11th Cir. R. 31-2, Appellant OJ Commerce LLC hereby moves for a 55-day extension of time to file its reply brief in the above-referenced matter.

The reply brief is now due May 1, 2026. Appellant seeks a 55-day extension through and including Thursday, June 25, 2026. This is Appellant's second request for extension on its reply brief.

Appellant's opening brief was initially due July 2, 2025. A 30-day over the phone extension was granted on June 20, 2025, setting the

1

opening brief due date at August 1, 2025. On July 20, 2025, Appellant filed a written motion for extension on its opening brief to September 2, 2025. On July 24, 2025, the Court granted this motion. On August 21, 2025, Appellant filed a second written motion to extend the due date on its opening brief to October 17, 2025. The Court granted this motion on August 25, 2025.

Appellees' answering brief was initially due August 1, 2025. After the extensions on Appellant's opening brief, Appellees' answering brief was due November 17, 2025. On November 10, 2025, the clerk granted a 30-day over the phone extension, setting Appellees' due date for their brief at December 17, 2025. On December 11, 2025, Appellees filed a written motion to extend their due date to February 9, 2026. This motion was granted on December 16, 2025. Appellees filed a second written motion on January 15, 2026. This motion was granted on January 26, 2026, setting the deadline for Appellees' brief to March 11, 2026.

Appellant's reply brief was due April 1, 2026 based on the filing date of Appellee's brief (Appellant's reply brief was originally due on August 22, 2025). On March 12, 2026, the clerk granted an over the phone

extension, setting May 1, 2026, as the new deadline for Appellant's reply brief.

Counsel for Appellant with primary responsibility for briefing the appeal is currently on the first portion of parental leave and will return from leave on May 4, 2026.

Pursuant to 11th Cir. R. 26-1, Appellant's counsel conferred with opposing counsel and Appellees' counsel consent to the requested 55-day extension.

WHEREFORE, Appellant respectfully requests this Court enter an order granting a 55-day extension of time, and reset the deadline to file the reply brief to Thursday, June 25, 2026.

Dated: April 17, 2026                   Respectfully submitted,

                                        /s/ *Matt Summers*
                                        Matt Summers
                                        BERGER MONTAGUE PC
                                        505 Montgomery Street, Suite 625
                                        San Francisco, California 94111
                                        (415) 906-1626 (*telephone*)

                                        Shlomo Y. Hecht
                                        SHLOMO Y. HECHT, PA
                                        3076 North Commerce Parkway
                                        Miramar, Florida 33025
                                        (954) 861-0025 (*telephone*)

## CERTIFICATE OF COMPLIANCE

Eleventh Circuit Case Number: 25-11765

This document contains 386 words and complies with the word limit of Fed. R. App. P. 27, excluding the items exempted by Fed. R. App. P. 27(a)(2)(B). The brief's type size and typeface comply with Fed. R. App. P. 32(a)(5) and (6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word and is 14-point font.

/s/ *Matt Summers*
Matt Summers